IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID SHURKIN, Derivatively and behalf of THE ST. JOE COMPANY,**

    Plaintiff,

vs.                                                                           CASE NO. 5:11-cv-304/RS-GRJ

**BRUCE R. BERKOWITZ, et al.,**

    Defendants.

and

**THE ST. JOE COMPANY,**

    Nominal Defendant.
_____ /

## ORDER

This case was filed in September 2011. Plaintiff shall ensure that all defendants have been properly served. A motion should be filed without delay should Plaintiff seek to stay this case pending the appeal of a related case.

**ORDERED** on April 10, 2012.

                                                                     /S/ Richard Smoak
                                                                     **RICHARD SMOAK**
                                                                     **UNITED STATES DISTRICT JUDGE**