UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID SHURKIN, Derivatively on Behalf of
THE ST. JOE COMPANY,

          Plaintiff,

v.

BRUCE R. BERKOWITZ, CHARLES J. CHRIST,
HUGH M. DURDEN, THOMAS A. FANNING,
CHARLES M. FERNANDEZ, HOWARD S. FRANK,
DELORES M. KESLER, THOMAS P. MURPHY,
WILLIAM BRITTON GREENE, WILLIAM S.
MCCALMONT and JANNA L. CONNOLLY,

          Defendants,

and

THE ST. JOE COMPANY,

          Nominal Defendant.

No. 5:11-cv-00304-RS-GRJ

The Hon. Richard Smoak

## NOTICE OF APPEARANCE

COMES NOW, Jeremy C. Branning, of the law firm of CLARK, PARTINGTON, HART, LARRY, BOND & STACKHOUSE, and hereby give notice to the Court and the parties of his appearance, along with Dennis K. Larry, as additional counsel of record for the Nominal Defendant, The St. Joe Company and Defendants, Bruce R. Berkowitz, Charles J. Christ, Hugh M. Durden, Thomas A. Fanning, Charles M. Fernandez, Howard S. Frank, Delores M. Kesler, Thomas P. Murphy, William Britton Greene, William S. McCalmont and Janna L. Connolly, in this action and request that copies of all pleadings, motions, and other papers filed herein be served on the undersigned.

    /s/ Jeremy C. Branning
Dennis K. Larry, FBN 200549
Jeremy B. Branning, FBN 507016
CLARK, PARTINGTON, HART, LARRY,
BOND & STACKHOUSE
125 W. Romana Street, Suite 800
Post Office Box 13010 (32591-3010)
Pensacola, FL 32502
Tel:    (850) 434-9200
Fax:   (850) 432-7340
dlarry@cphlaw.com
jbranning@cphlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of the District Court on this 10th day of July, 2012, by using the CM/ECF system, which will send notice of electronic filing to all attorneys of record.

    /s/ Jeremy C. Branning

A1093203.DOC