# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| DAVID SHURKIN, Derivatively on Behalf of THE ST. JOE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE R. BERKOWITZ, CHARLES J. CRIST, HUGH M. DURDEN, THOMAS A. FANNING, CHARLES M. FERNANDEZ, HOWARD S. FRANK, DELORES M. KESLER, THOMAS P. MURPHY, WILLIAM BRITTON GREENE, WILLIAM S. MCCALMONT and JANNA L. CONNOLLY,<br><br>Defendants,<br><br>and<br><br>THE ST. JOE COMPANY,<br><br>Nominal Defendant. | No. 5:11-cv-00304-RS-GRJ<br><br>The Hon. Richard Smoak |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff David Shurkin hereby dismisses this action without prejudice against Defendants, none of which have moved for summary judgment or answered.

Dated: March 28, 2013.            **SAXENA WHITE P.A.**

By: */s/ Jonathan M. Stein*
Jonathan M. Stein (Florida Bar # 009784)
jstein@saxenawhite.com
Joseph E. White III (Florida Bar # 0621064)
jwhite@saxenawhite.com
Lester R. Hooker (Florida Bar # 0032242)

1

lhooker@saxenawhite.com
Brandon T. Grzandziel (Florida Bar#0058732)
bgrandziel@saxenawhite.com
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn (*pro hac vice* to be filed)
lewis.kahn@ksfcounsel.com
Albert M. Myers (*pro hac vice* to be filed)
albert.myers@ksfcounsel.com
Melinda A. Nicholson (*pro hac vice* to be filed)
melinda.nicholson@ksfcounsel.com
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Attorneys for Plaintiff David Shurkin*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using CM/ECF.

>  */s/  Jonathan M. Stein*
>  Jonathan M. Stein