IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID SHURKIN, Derivatively and behalf of THE ST. JOE COMPANY,**

    **Plaintiff,**

v.                    **CASE NO. 5:11-cv-304-RS-GRJ**

**BRUCE R. BERKOWITZ, et al.,**

    **Defendants,**

**and**

**THE ST. JOE COMPANY,**

    **Nominal Defendant.**

_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal (Doc. 11). The action is **DISMISSED without prejudice**. The Clerk is directed to close the case.

**ORDERED** on April 1, 2013.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**